IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROBERT ANDREW MULLINS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>INOVAR, INC., DOES 1-6<br><br>　　　　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER DENYING [23] MOTION FOR SERVICE OF PROCESS AND GRANTING [24] MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Case No. 4:20-cv-00109-DN<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

　　　　On January 26, 2021, Plaintiff was ordered to amend his deficient complaint ("Complaint")[1] within thirty (30) days ("Order to Amend").[2] Because Plaintiff filed a notice of change of address ("Notice")[3] after entry of the Order to Amend, the Order to Amend was sent to his prior address and the clerk remailed a copy of the Order to Amend to the updated address on February 23, 2021, just two days before his 30-day deadline to amend his Complaint expired. On the same day Plaintiff filed the Notice, he filed a motion for appointment of counsel.[4]

　　　　On March 8, 2021, an order (the "Order Denying Motions")[5] denying four motions[6] by Plaintiff was entered, and Plaintiff was again directed to amend his Complaint. The Order

---

[1] Quit Tam Filed under the False Claims Act, docket no. 5, filed Oct. 29, 2020 ("Complaint").

[2] Memorandum Decision and Order to Amend Deficient Complaint, docket no. 18, filed Jan. 26, 2021 ("Order to Amend").

[3] Notice of Address Change, docket no. 19, filed Feb. 19, 2021.

[4] Motion for Appointment of Counsel, docket no. 21, filed Feb. 19, 2021.

[5] Memorandum Decision and Order Denying [21] Motion to Appoint Counsel and Extension to File Amended Complaint, docket no. 22, filed Mar. 8, 2021 ("Order Denying Motions").

[6] Motion for Interlocutory Explicit Order to the Attorney General and the Department of Justice, docket no. 6, filed Oct. 29, 2020; Motion to Order Attorney General Act, docket no. 7, filed Oct. 29, 2020; and Motion to Have U.S.

Denying Motions also gave Plaintiff an extension to amend his Complaint by April 2, 2021 due to the change in Plaintiff's address.[7]

On March 10, 2021, Plaintiff filed two more motions, a Motion for Official Service of Process ("Motion for Service")[8] and a Motion to Extend Deadline to Cure Deficiencies ("Motion to Extend Deadline").[9] Plaintiff's Motion for Service is denied as Plaintiff has not amended his deficient Complaint. Plaintiff's request for an additional 30 days to amend his Complaint per his Motion to Extend Deadline is granted.

IT IS HEREBY ORDERED that:

(1) Plaintiff's Motion for Service is DENIED;

and

(2) Plaintiff's Motion to Extend Deadline is GRANTED. Plaintiff must comply with the Order to Amend[10] by April 12, 2021. If Plaintiff fails to timely cure his Complaint according to the instructions in the Order to Amend by April 12, 2021, this action will be dismissed without further notice.

Signed March 12, 2021.

BY THE COURT

David Nuffer
United States District Judge

---

Attorney General Amend Complaint of Qui Tam Order, docket no. 8, filed Oct. 29, 2020; Motion for Appointment of Counsel, docket no. 21, filed Feb. 19, 2021.

[7] Order Denying Motions.

[8] Docket no. 23, filed Mar. 10, 2021.

[9] Docket no. 24, filed Mar. 10, 2021.

[10] Order to Amend.

United States District Court
for the
District of Utah
March 12, 2021

******MAILING CERTIFICATE OF THE CLERK******

RE:  **SEALED**
4:20cv109 DN


Robert Andrew Mullins
369168
SANPETE COUNTY JAIL
PO BOX 130
MANTI, UT 84642

John K. Mangum
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176

_____

Aimee Trujillo